NYW 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



### IN THE MATTER OF COMPLIANCE WITH THE
### WESTERN DISTRICT OF NEW YORK STUDENT PRACTICE RULE

_Erin Barry_
(Name of Student)

_Jonathan Manes_
(Name of Supervising Attorney)

Address and Telephone Number:

_4725 Duerr Road_

_Orchard Park, NY 14127_

_(716) 548-5244_

Name of Law School student is attending:

Number of semesters student has completed:

Address and Telephone Number:

_507 O'Brian Hall_

_Buffalo, NY 14260-1100_

_(716) 645-6222_

_University at Buffalo_

_4_

TO BE COMPLETED BY LAW STUDENT:

I certify that I have completed at least two (2) semesters of law school; that I am familiar with and will comply with the New York Rules of Professional Conduct as adopted from time to time by the Appellate Divisions of the State of New York, and as interpreted and applied by the United States Supreme Court, the United States Court of Appeals for the Second Circuit, and this Court; that I am familiar with the federal procedural and evidentiary rules relevant to the action in which I am appearing; and that I am receiving no compensation from the person on whose behalf I am rendering services in accordance with part (c)(5) of the Student Practice Rule of the Western District of New York.

_9/12/19_
(Date)

_Erin Barry_
(Student's Signature)

### TO BE COMPLETED BY THE DEAN OR A FACULTY MEMBER OF THE STUDENT'S LAW SCHOOL

I certify that this student has completed at least two (2) semesters of law school work, and is, to the best of my knowledge, qualified to provide the legal representation permitted by these Rules.

_9/24/2019_
(Date)

_(Signature of Dean or Faculty Member)_

**APPROVED:**

_10/10/19_
**UNITED STATES DISTRICT JUDGE**

**DATE:** _____

NYW 2

CASE FILE # 1:19-cv-309-EAW-HBS

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

### FORM TO BE COMPLETED BY THE CLIENT
### FOR WHOM THE LAW STUDENT IS RENDERING SERVICES

I authorize _____Erin Barry_____, a Law Student, to appear in court or at other proceedings on my behalf, and to prepare documents on my behalf. I am aware that he/she is not admitted to the Bar and that he/she will appear pursuant to the United States District Court, Western District of New York, Student Practice Rule.

_____9 | 20 | 19_____
(Date)

_____
(Signature of Client)

(If more than one client is involved, approvals from each shall be attached. If a class action is involved, approvals from named plaintiffs shall be attached.)

### TO BE COMPLETED BY THE LAW STUDENT'S
### SUPERVISING ATTORNEY

I will carefully supervise all of this student's work. I authorize this student to appear in court or at other proceedings, and to prepare documents. I will accompany the student at such appearances, and sign any documents prepared by the student. I assume personal responsibility for his/her work.

_____9/24/2019_____
(Date)

_____
(Signature of Supervising Attorney)

**APPROVED:**

_____
UNITED STATES DISTRICT JUDGE
Magistrate

_____10/10/19_____
(DATE)